IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>RYAN NATHAN FRIEND, et al.,<br><br>　　　　　　　*Defendant*. | No. 1:07-cr-0101 AWI<br><br>**AMENDED** STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER<br><br>Date:　November 10, 2008 and<br>　　　　 November 17, 2008<br>Time:　9:00 a.m.<br>Judge:　Honorable Anthony W. Ishii |

　　**IT IS HEREBY STIPULATED** by and between the parties hereto that the sentencing hearing in the above-entitled matter now set for October 20, 2008, pertaining to **Ryan Nathan Friend**, **may be continued to November 10, 2008, at 9:00 a.m.,** and the sentencing hearing pertaining **to Michael Ray Buchanan, II, may be continued to November 17, 2008, at 9:00 a.m.**

　　This continuance is requested to accommodate the United States Probation Officer additional time to complete the presentence report.

　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　　　　　　　Federal Defender

DATED: August 27, 2008　　　　　　By:　/s/ Marc C. Ament
　　　　　　　　　　　　　　　　　　　　　　　　MARC C. AMENT
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　RYAN NATHAN FRIEND


　　　　　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

DATED: August 27, 2008　　　　　　By:　/s/ Stanley A. Boone
　　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED:  August 27 , 2008                    By:    /s/ Carl M. Faller
                                                   CARL M. FALLER
                                                   Attorney for Defendant
                                                   MICHAEL RAY BUCHANAN, II

## ORDER

**IT IS SO ORDERED.**   The hearing on sentencing in the above-entitled matter is continued to November 10, 2008, at 9:00 a.m. for Ryan Friend and November 17, 2008 at 9:00 a.m. for Michael Ray Buchanan, II.

IT IS SO ORDERED.

**Dated:   September 11, 2008**              /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE